UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:11-cr-00002-JMS-CMM |
| SETH BRISSEY (01), | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Craig Mckee's Amended Report and Recommendation dkt. [90] recommending that Seth Brissey's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583. The Court notes the Defendant's objection dkt. [88] and the Government's response [89], the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Amended Report and Recommendation dkt. [90]. The Court finds that Mr. Brissey committed Violation Numbers 1, 2 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [75]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Brissey is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months imprisonment with no supervised release to follow. The Court recommends to the Bureau of Prisons placement at Marion, Illinois and that defendant is enrolled in substance abuse and/or mental health treatment.

Date: 3/5/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal